# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

RICHARD A. SMITH
Plaintiff

vs.

MATTHEW J. BALLARD
MIKE REED
MITCH GOODMAN

Defendant(s)

17 CV 283 TCK - FHM
Case Number:
(To be supplied by Court Clerk)

FILED
MAY 18 2017
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

| Current Location (including Address) of Confinement : Mayes County Jail Facility 34 N. Adair Pryor, Oklahoma 74361 | Prisoner Number: |
|---|---|

**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

**A. Parties**

1) Richard A. Smith (Plaintiff) is a citizen of Oklahoma (State) who presently resides at Mayes County Jail 34 N. Adair Pryor Oklahoma 74361 (Mailing address or place of confinement)

2) Defendant Matthew J. Ballard (Name of first defendant) is a citizen of Pryor, Oklahoma (City, State), and is employed as Mayes County District Attorney (Position and title, if any).

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? ☑ Yes ☐ No

If your answer is yes, briefly explain: Matthew J. Ballard was the District Attorney of Mayes County when claims arose.

3) Defendant MIKE REED (Name of second defendant) is a citizen of Pryor, Oklahoma (City, State), and is employed as Mayes County Sheriff (Position and title, if any).

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? ☑ Yes ☐ No

✓ Mail ___ No Cert Svc ___ No Orig Sign ___ C/J ___ C/MJ ___ C/Ret'd ___ No Env ___ No Cpys ___ No Env/Cpys ___ O/J ___ O/MJ

A. Parties Continued

4) Defendant Mitch Goodman is a citizen of Pryor, Oklahoma, and is employed as Mayes County Jail Administrator.

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? ☑ Yes ☐ No

If your answer is yes, briefly explain: Mitch Goodman was the Jail Administrator when claims arose.

If your answer is yes, briefly explain: Mike Reed was the Sheriff of Mayes County when the claims arose.

[*You may attach one additional page (8 ½" x 11") to furnish the above information for additional defendants.*]

**B. Jurisdiction**

1) Jurisdiction is asserted pursuant to: (Check one)

[✓] 42 U.S.C. §1983 (applies to state prisoners)

[ ] Bivens *v Six Unknown Named Agents of Fed. Bureau of Narcotics* 403 U.S. 388 (1971) and 28 U.S.C. §1331 (applies to fed. prisoners)

2) Jurisdiction also is invoked pursuant to 28 U.S.C. §1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

**C. Nature of Case**

1) Briefly state the background of your case. Challenging the rules and Conditions of the Mayes County Jail. Cruel and unusual punishment

**D. Cause of Action**

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: *[If necessary, you may attach up to two additional pages (8½" x 11") to explain any allegation or to list additional supporting facts.]*

a) (1) Count I: 8th Amendment forbiding cruel and unusual punishment. Health and Safety Hazards in the Mayes County Jail Facility

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Matthew J. Ballard, Mike Reed, and Mitch Goodman are over the rules and conditions of the Mayes County Jail where the plaintiff is incarcerated.

b) (1) Count II:

D. Cause of action 1) a) 2) continued

There is Black Mold in multiple cells from when the Roof leaks water into the cells. There appears to be Mold on the food trays the inmates eat off of. There's numerous food trays that retain dirty dishwasher water that leaks onto food when stacked. The Mayes County Jail Kitchen where the food is cooked and prepared is infested with cock roaches and flies, and the walls are also covered with mold. The fresh air flow is contamiated. The fresh air vents in the cells are severely rusted. The fresh air vents to the pods are covered with layers of dust, dirt, and grime. The cells are over crowded causing inmate on inmate violence. The Defendants allow unsecured steel bunk beds in each cell. With the bunks being unsecured, they are safety hazards. In D pod, cell 2, the bunk bed has only 3 legs. The 4th leg is a food tray. The Mayes County Jail does not give adequate time outside the cell for excercise. The Jail only gives 4 hrs. a day for excercise, showers, and phone calls. The Inmates have to eat inside the cells where there's no place to eat. 6 inmates in a cell designed for 4 inmates, the inmates are having to eat around the cell toilet. As pre trial detainees, the inmates at the Mayes County Jail are being punished and treated as guilty while awaiting trial.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

c) (1) Count III:

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

**E. Request for Relief**

1) I believe that I am entitled to the following relief: 1 million dollars, bunks removed from cells, fresh air vents painted and cleaned from dust, dirt, and grime. adequate hours outside of cell to eat and excercise.

Original Signature of Attorney (if any)

Richard A. Smith
Original Signature of Plaintiff

Attorney's full address and telephone number

**DECLARATION UNDER PENALTY OF PERJURY**

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746. 18 U.S.C. §1621.

Executed at Mayes County Jail (D-pod) on May 15th, 2017.
(Location) (Date)

x Richard A. Smith
(Original Signature of Plaintiff)

RICHARD · SMITH
Mayes · County · Jail
34 North · Adair
Pryor, Oklahoma 74361

17 CV 283 TCK - FHM

Free Legal

* Legal · Mail *

RECEIVED
MAY 18 2017
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Office · Of · The · Clerk
United · States · District · Court
Northern · District · Of · Oklahoma
333 · West · Fourth · Street, Room 411
Tulsa, Oklahoma 74103-3819

Post Marked
5/17/17 jc